NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEXRF CORP.,**
*Plaintiff-Appellant*

**v.**

**PLAYTIKA LTD., PLAYTIKA HOLDING CORP., CAESARS INTERACTIVE ENTERTAINMENT**
*Defendants-Appellees*

---

2021-2147

---

Appeal from the United States District Court for the District of Nevada in No. 3:20-cv-00603-MMD-CLB, Judge Miranda M. Du.

--------------------------------------------------

**NEXRF CORP.,**
*Plaintiff-Appellant*

**v.**

**ARISTOCRAT INTERNATIONAL PTY. LTD., PRODUCT MADNESS INC, BIG FISH GAMES, INC.,**
*Defendants-Appellees*

---

2021-2219

———————————

Appeal from the United States District Court for the District of Nevada in No. 2:21-cv-00798-RSM, Judge Ricardo S. Martinez.

———————————

**JUDGMENT**

———————————

EUGENE LEDONNE, Haug Partners LLP, New York, NY, argued for plaintiff-appellant NexRF Corp. Also represented by JONATHAN HERSTOFF; CHRISTOPHER GOSSELIN, Washington, DC.

ERIKA ARNER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for all defendants-appellees. Defendants-appellees Playtika Ltd., Playtika Holding Corp. also represented by FORREST ALEXANDER JONES, ANDREA GRACE KLOCK MILLS, GERSON PANITCH, CHRISTINA JI-HYE YANG.

RICARDO BONILLA, Fish & Richardson PC, Dallas, TX, for defendant-appellee Caesars Interactive Entertainment. Also represented by NEIL J. MCNABNAY, LANCE E. WYATT, JR.

RICHARD L. RAINEY, Covington & Burling LLP, Washington, DC, for defendants-appellees Aristocrat International Pty. Ltd., Product Madness Inc, Big Fish Games, Inc. Also represented by GARY RUBMAN, PETER ANDREW SWANSON.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MAYER, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 13, 2022                 /s/ Peter R. Marksteiner
Date                         Peter R. Marksteiner
                             Clerk of Court